LEWIS v. YONKERS CONTRACTING/DIVERSIFIED CONCRETE ·
   PRODUCTS

No. 529P95

Case below: 120 N.C.App. 646

Petition by plaintiff (Kemmerlyn Dawn Lawrence by and through her Guardian Ad Litem, Alexis P. Lawrence) for discretionary review. pursuant to G.S. 7A-31 denied 8 February 1996.

LIN v. CITY OF GOLDSBORO

No. 5P96

Case below: 121 N.C.App. 220

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

McLEAN v. GENERAL SPRAY & MAINTENANCE SERVICE

No. 533P95

Case below: 120 N.C.App. 646

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

MIESCH v. OCEAN DUNES HOMEOWNERS ASSN.

No. 523P95

Case below: 120 N.C.App. 559

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

MILLER v. BETZ

No. 538P95

Case below: 120 N.C.App. 646

Petition by appellant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 February 1996.